

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

WC 4TH AND RIO GRANDE, LP,

Appellant,

v.

LA ZONA RIO, LLC,

Appellee.

§

§

§

§

§

§

§

§

No. 08-22-00073-CV

Appeal from the

345th District Court

of Travis County, Texas

(TC# D-1-GN-20-007177)

**O R D E R**

The Court GRANTS the Appellee's second motion for extension of time within which to file the brief until **February 6, 2023**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. W. Stephen Benesh, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before February 6, 2023.

IT IS SO ORDERED this 26th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.